*E-Filed 1/13/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEITH ALLEN LEWIS, SR., | No. C 14-3324 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| ANDREW DEEMS, et al., | |
| Defendants. | |

Defendants' motion to extend time to file a dispositive motion (Docket No. 18) is GRANTED. The dispositive motion, or notice regarding such motion, shall be filed on or before March 31, 2015. The Clerk shall terminate Docket No. 18.

**IT IS SO ORDERED**.

DATED: January 13, 2015

RICHARD SEEBORG
United States District Judge