UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ALLEN LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW DEEMS, et al.,<br><br>    Defendants. | Case No.  14-cv-03324-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 22 |

    Good cause appearing, defendants' second request for an extension of time to file a dispositive motion is hereby GRANTED.  The deadline for defendants to file a dispositive motion is CONTINUED to **April 30, 2015**.  Plaintiff shall file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed.  Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed.

    This order terminates Docket No. 22.

    **IT IS SO ORDERED.**

Dated: 3/11/2015

                                              HAYWOOD S. GILLIAM, JR.
                                             United States District Judge