UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH ALLEN LEWIS,

    Plaintiff,

    v.

ANDREW DEEMS, et al.,

    Defendants.

Case No. 14-cv-03324-HSG (PR)

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**

Re: Dkt. No. 34

Good cause appearing, Plaintiff's request for an extension of time to file an opposition to Defendants' motion for summary judgment is GRANTED. Plaintiff shall file his opposition no later than **September 25, 2015**. Given the length of the extension requested, no further extensions will be granted. Defendants shall file their reply no later than **fourteen (14)** days after the date of service of the opposition.

This order terminates Docket No. 34.

**IT IS SO ORDERED.**

Dated: 6/15/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge