UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ALLEN LEWIS, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW DEEMS, et al., <br><br> Defendants. | Case No. 14-cv-03324-HSG (PR) <br><br> **ORDER GRANTING PLAINTIFF LEAVE TO FILE A SUPPLEMENTAL OPPOSITION BRIEF** <br><br> Re: Dkt. No. 40 |

Plaintiff Keith Allen Lewis, Sr., a California inmate, filed this *pro se* civil rights action under 42 U.S.C. § 1983, alleging that prison officials at San Quentin State Prison ("SQSP") were deliberately indifferent to his serious medical needs. *See* Docket No. 11.

On April 30, 2015, Defendants filed a motion for summary judgment. *See* Docket No. 29. On June 15, 2015, the Court granted Plaintiff a 120-day extension of time to file his opposition to the summary judgment motion. *See* Docket No. 35. On September 24, 2015, Plaintiff filed his opposition to the summary judgment motion. *See* Docket No. 38.

Plaintiff now requests an extension of time to file an opposition to the summary judgment motion. *See* Docket No. 40. Plaintiff states that he misplaced the Garrigan Declaration and only found it on September 26, 2015, after he filed his opposition. *See* Docket No. 40 at 1-2. Plaintiff requests an extension of time to October 15, 2015 to file an opposition that opposes the Garrigan Declaration. *See* Docket No. 40 at 2. Plaintiff's request is **GRANTED**. By October 15, 2015, Plaintiff may file a **five (5) page** supplemental opposition to the summary judgment motion,

addressing the Garrigan Declaration.  The supplemental opposition may not raise new arguments or issues.  The supplemental opposition shall not exceed five (5) pages in length.  Defendants shall file their reply no later than **fourteen (14)** days after the date of the service of the opposition.

This order terminates Docket No. 40.

**IT IS SO ORDERED.**

Dated: 10/13/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge