UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH ALLEN LEWIS,

    Plaintiff,

  v.

ANDREW DEEMS, et al.,

    Defendants.

Case No. 14-cv-03324-HSG

**JUDGMENT**

Pursuant to the Order Granting Defendants' Motion for Summary Judgment; Denying Plaintiff's Motions for a Temporary Restraining, judgment is entered in favor of Defendants.

**IT IS SO ORDERED AND ADJUDGED..**

Dated: 2/3/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge